**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:  CASE NO: 20-40346-KKS
 CHAPTER 7
BERNARD PLUMMER,

    Debtor(s).

_____/

MARY W. COLÓN, TRUSTEE,

    Plaintiff,

vs.  Adv. Case No. 21-04018-KKS

BERNARD PLUMMER,

    Defendant(s).

_____/

## DEFAULT FINAL JUDGMENT REVOKING DISCHARGE OF DEBTOR BERNARD PLUMMER

A Default having been entered in this action against Defendant, Bernard Plummer on 09/14/21 (Doc. 14).  IT IS ORDERED AND ADJUDGED:

Final Judgment is entered for Plaintiff.   The discharge of

Defendant/Debtor Bernard Plummer is hereby REVOKED pursuant to 11 U.S.C. §727(d)(3).

**ORDERED** at Tallahassee, Florida this  September 20, 2021  .

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Trustee Mary Colón is directed to serve a copy of this default final judgement on interested parties and file a proof of service within three (3) days of entry of the order.

Prepared by: Mary W. Colón